AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —

18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

— DEFENDANT - U.S. —

▶ LOUIE RODRIGUEZ,

DISTRICT COURT NUMBER

CR07-0753  MJJ

— DEFENDANT —

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

— PROCEEDING —

Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☑ person is awaiting trial in another Federal or State Court, give name of court
Superior Court of California, County of Alameda

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges     ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Wade M. Rhyne, AUSA

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR07-0753 MJJ

UNITED STATES OF AMERICA,

V.

LOUIE RODRIGUEZ,

DEFENDANT.

## INDICTMENT

VIOLATION: 18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearm and Ammunition



A true bill.

_____
Foreman

Filed in open court this 29th day of November, 2007

_____
Clerk

Bail: $ No bail arrest warrant.
Wayne D. Brazil  11-29-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0753 |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition |
| v. ) | |
| LOUIE RODRIGUEZ, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about November 6, 2007, in the Northern District of California, the defendant,

LOUIE RODRIGUEZ,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in an affecting interstate commerce, the following firearms and ammunition: (1) a Smith & Wesson, Model 469, 9 millimeter pistol, serial number TAC5214; (2) thirty-four rounds of Speer 9 millimeter ammunition; (3) one round of Remington 9 millimeter ammunition; (4) eleven rounds of PMC 9 millimeter ammunition; (4) one round of Winchester 9 millimeter ammunition; (5) one round of Winchester .32 caliber ammunition; (6)

RODRIGUEZ INDICTMENT

one round of Remington 12 gauge shotgun slug ammunition; and (7) two-hundred and seventy-four rounds of CCI .22 caliber ammunition; all in violation of Title 18, United States Code, Section 922(g)(1).

DATED:                                          A TRUE BILL.

November 29, 2007

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                     AUSA WADE M. RHYNE

RODRIGUEZ INDICTMENT