

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*WADE M. RHYNE*
*Assistant United States Attorney*
*Telephone: (510) 637-3680*
*Facsimile: (510) 637-3724*
*E-Mail: wade.rhyne@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

December 17, 2007

VIA HAND DELIVERY

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

     Re: <u>United States v. Louie Rodriguez</u>, CR07-0753 MJJ

Dear Honorable Judge Brazil:

     The United States requests that this matter be placed on your calendar for December 18, 2007, at 10:00 a.m. for an initial appearance. The defendant is in custody and will not need the assistance of a language interpreter.

Very truly yours,

SCOTT N. SCHOOLS
United States Attorney

By: _____/S/_____
     WADE M. RHYNE
     Assistant U.S. Attorney