

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*WADE M. RHYNE*
*Assistant United States Attorney*
*Telephone:  (510) 637-3680*
*Facsimile:  (510) 637-3724*
*E-Mail:    wade.rhyne@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

December 17, 2007

VIA HAND DELIVERY

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

    Re: <u>United States v.  Louie Rodriguez</u>, CR07-0753 MJJ

Dear Honorable Judge Brazil:

    The United States requests that you vacate the initial appearance for this matter from your December 18, 2007 calendar.  Because the defendant remains in the state's custody, he is therefore unable to be present for an initial appearance as originally scheduled.  Our office will contact you for re-calendaring this matter as soon as we are able to gain federal custody of the defendant.

    Very truly yours,

    SCOTT N.  SCHOOLS
    United States Attorney

By: _____
    WADE M.  RHYNE
    Assistant U.S. Attorney