1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND DIVISION
11
12  UNITED STATES OF AMERICA,          )   No. CR 07-0753 MJJ
                                       )
13         Plaintiff,                  )
                                       )   PETITION FOR AND WRIT OF HABEAS
14     v.                              )   CORPUS AD PROSEQUENDUM
                                       )
15                                     )
    LOUIE RODRIGUEZ,                   )
16                                     )   OAKLAND VENUE
           Defendant.                  )
17                                     )
                                       )
18  _____)

19         TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United
20               States District Court for the Northern District of California:
21
22         Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court
23  issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, LOUIE
24  RODRIGUEZ, whose place of custody and jailor are set forth in the requested Writ, attached
25  hereto.  The prisoner is required as the defendant in the above-entitled matter in this Court, and
26  ////
27  ////
28  ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 07-0753 MJJ

1  therefore petitioner prays that this Court issue the Writ as presented.

2

3  Dated: December 20, 2007                    Respectfully submitted,

4                                              SCOTT N. SCHOOLS
                                               United States Attorney
5
                                               /s/ WMRy
6

7  _____
                                               WADE M. RHYNE
                                               Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 07-0753 MJJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LOUIE RODRIGUEZ,<br><br>   Defendant. | No. CR 07-0753 MJJ<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, LOUIE RODRIGUEZ, before the Hon. Maria-Elena James, United States Magistrate Judge, at 10:00 a.m. on Monday, January 21, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: December___, 2007

                                                                                HON. MARIA-ELENA JAMES<br>
                                                                                 United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Monday, January 21, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of LOUIE RODRIGUEZ (PFN AKA191), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that LOUIE RODRIGUEZ may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: December___, 2007

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Case No. CR 07-0753 MJJ