---

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>    Plaintiff,   )<br>            )<br>    v.       )<br>            )<br>            )<br>LOUIE RODRIGUEZ,     )<br>            )<br>    Defendant.    )<br>            )<br>_____  ) | No. CR 07-0753 MJJ<br><br>AMENDED PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br><br><br>OAKLAND VENUE |

TO:    The Honorable Maria-Elena James, United States Magistrate Judge of the United
       States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, LOUIE RODRIGUEZ, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 07-0753 MJJ

1  therefore petitioner prays that this Court issue the Writ as presented.

2

3  Dated: December 20, 2007                Respectfully submitted,

4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5
                                           /s/ WMRy
6

7  _____
                                           WADE M. RHYNE
8                                          Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 07-0753 MJJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIE RODRIGUEZ,<br><br>    Defendant. | No. CR 07-0753 MJJ<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, LOUIE RODRIGUEZ, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Monday, January 21, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: December___, 2007

                                                                               HON. MARIA-ELENA JAMES

1  THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  TO:  FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
3       his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized
        deputies:

4  GREETINGS

5  WE COMMAND that on Monday, January 21, 2008, at 10:00 a.m., or as soon thereafter as

6  practicable, you have and produce the body of LOUIE RODRIGUEZ (PFN AKA191), in your

7  custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United

8  States District Court in and for the Northern District of California, in the Courtroom of the Hon.

9  Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the

10 third floor, in order that LOUIE RODRIGUEZ may then appear for initial appearance upon the

11 charges heretofore filed against him in the above-entitled Court, and that immediately after said

12 hearing to return him forthwith to said above-mentioned institution or abide by such order of the

13 above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and

14 further to produce said prisoner at all times necessary until the termination of the proceedings in

15 this Court;

16 IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17 the above-named person, he be immediately delivered and remanded to the United States

18 Marshal and/or his authorized deputies under this Writ.

19 WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States

20 District Court for the Northern District of California.

21

22 DATED: December___, 2007

23                                      CLERK, UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
24

25
                               By: _____
26                                      DEPUTY CLERK

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Case No. CR 07-0753 MJJ