FILED

DEC 2 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LOUIE RODRIGUEZ,<br><br>　　Defendant. | No. CR 07-0753 MJJ<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

　　Upon motion of the United States of America, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, LOUIE RODRIGUEZ, before the Hon. Maria-Elena James, United States Magistrate Judge, at 10:00 a.m. on Monday, January 21, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: December 21, 2007

　　　　　　　　　　　　　　　　　HON. MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 07-0753 MJJ

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

<u>GREETINGS</u>

WE COMMAND that on Monday, January 21, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of LOUIE RODRIGUEZ (PFN AKA191), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that LOUIE RODRIGUEZ may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: December 21, 2007

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: 
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Case No. CR 07-0753 MJJ