**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

(510) 637-3680
FAX:(510) 637-3724

January 17, 2008

## VIA ECF AND HAND DELIVERY

Magistrate Judge Wayne D. Brazil
1301 Clay Street; Courtroom #4
Oakland, California 94612

    Re:    <u>United States v. Louie Rodriguez</u>; 07-0753 MJJ

Dear Magistrate Brazil:

    This letter is to request that the above-referenced matter be placed on Your Honor's 10:00 a.m. calendar tomorrow, January 18, for the defendant's initial appearance. I have been informed that the United States Marshal's Office, pursuant to a writ issued in late December 2007, brought defendant to North County Jail so he could appear in federal court. I have been informed that the Marshal's Office will bring defendant Rodriguez to Your Honor's courtroom at 10:00 a.m. tomorrow morning. Finally, I have been informed that defendant Rodriguez speaks English, so no interpreter will be needed.

    Thank you.

                                          Sincerely,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          By_____
                                          W. DOUGLAS SPRAGUE
                                          Assistant United States Attorney
                                          Chief, Oakland Branch

cc:    Shawn Halbert (via fax)
        Bernie Cummins (via hand delivery)