UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**            Courtroom Clerk: **Monica Narcisse**

Date: **February 15, 2008  [3:05 - 3:07 pm]**        Court Reporter: **Diane Skillman**

Case No:    **CR07-00753-1 MJJ**

DEFENDANT:   **LOUIE RODRIGUEZ**        (**x**) Present   () Not Present   (**x**) In Custody

AUSA:    **James Mann**        DEF ATTY:   **Rebecca Silbert**

Interpreter:        Probation Officer:

TYPE FOR HEARING:    **Status**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
- 

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:   **March 14, 2008 @ 2:30 p.m.  (Oak #2)**     for    **Status/Trial Setting**

BASIS TO EXCLUDE TIME GRANTED FOR:  **Effective preparation**    Thru  **3/14/2008**

JUDGMENT:

Notes: