UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| United States of America | ) ) ) ) | CASE NO. CR- 07-00753-DLJ |
| Plaintiff(s), | ) ) |  |
| -V- | ) ) | <u>NOTICE</u> of Change in Time for the 3/14/08 Status Conference. |
| Louie Rodriguez | ) ) |  |
| Defendant(s), | ) ) ) |  |

TO:

**Wade Maxwell Rhyne**
US Attorneys Office
1301 Clay Street ,Suite 340S
Oakland, CA 94612


**Rebecca Sullivan Silbert**
Federal Public Defender's Office
555 - 12th Street, Ste. 650
Oakland, CA 94607-3627

YOU ARE HEREBY NOTIFIED THAT the above entitled case was reassigned to Judge D. Lowell Jensen on February 15, 2008.

The Status Conference on 3/14/08 will be held at **9:00AM** [please note time] before Judge D. Lowell Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

The 2:30pm time is VACATED.

Dated : February 25, 2008

By: *Frances Stone*

Frances Stone
Clerk to D. Lowell Jensen