# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Criminal Pretrial Minute Order
### JUDGE D. LOWELL JENSEN
### Date:  3/14/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                                                       **No.** CR-07-00753-DLJ

**Defendant:** Louie Rodriguez [present; in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:** not needed

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**   4/4/08 AT 9:00AM   for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                     for Pretrial Conference

**Case Continued to**          for                 Trial

**Excludable Delay: Category: Begins:**   3/14/08     **Ends:**  4/4/08