1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:    wade.rhyne@usdoj.gov
8

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 UNITED STATES OF AMERICA,         )   No. CR-07-0753 DLJ
                                     )
14      Plaintiff,                   )   STIPULATED REQUEST TO CONTINUE
                                     )   HEARING DATE TO APRIL 25, 2008
15      v.                           )   AND TO EXCLUDE TIME UNDER THE
                                     )   SPEEDY TRIAL ACT
16 LOUIE RODRIGUEZ,                  )
                                     )   Date:   April 4, 2008
17      Defendant.                   )   Time:   9:00 a.m.
                                     )   Court:  Hon. D. Lowell Jensen
18 _____ )

19      The above-captioned matter is currently set on April 4, 2008 before this Court for status

20 or change of plea. The parties request that this Court continue the hearing to April 25, 2008 at

21 9:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between April

22 4, 2008 and April 25, 2008.

23      The government has requested, and is currently awaiting, certain documents relevant to

24 Defendant's criminal history, and the defense has requested additional time to meet and confer

25 with the defendant. Both parties require additional time to effectively prepare the case for further

26 disposition. Therefore, the parties stipulate and request that the Court continue to exclude time

27 between April 4, 2008 and April 25, 2008 under the Speedy Trial Act for effective preparation of

28 counsel and continuity of government counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 25, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ

1  parties agree the ends of justice served by granting the continuance outweigh the best interests of
2  the public and the defendant in a speedy trial.
3
4  DATED: March 27, 2008
5
6  [signature]
   _____            ____/s/_____
7  WADE M. RHYNE                              REBECCA SILBERT
   Assistant United States Attorney           Counsel for Sergio Lerma-Lopez
8  Counsel for United States

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 25, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>LOUIE RODRIGUEZ,<br>    Defendant. | No. CR-07-0753 DLJ<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 25, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    April 4, 2008<br>Time:    9:00 a.m.<br>Court:    Hon. D. Lowell Jensen |

The parties jointly requested that the hearing in this matter be continued from April 4, 2008 to April 25, 2008, and that time be excluded under the Speedy Trial Act between April 4, 2008 and April 25, 2008 to allow for the effective preparation of counsel and continuity of government counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for status or change of plea on April 25, 2008 at 9:00 a.m., and that time between April 4, 2008 and April 25, 2008 will continue to be

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 25, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ

1  excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
2  account the exercise of due diligence.
3
4  DATED:_____                    _____
                                              HON. D. LOWELL JENSEN
5                                             United States District Judge

STIP. REQ. TO SET CONTINUE HEARING TO APRIL 25, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ