JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:    wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUIE RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-07-0753 DLJ <br><br> AMENDED STIPULATED REQUEST TO CONTINUE HEARING DATE TO May 23, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:  April 4, 2008 <br> Time:  9:00 a.m. <br> Court:  Hon. D. Lowell Jensen |

      The above-captioned matter is currently set on April 4, 2008 before this Court for status or change of plea. The parties request that this Court continue the hearing to May 23, 2008 at 9:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between April 4, 2008 and May 23, 2008.

      The government has requested, and is currently awaiting, certain documents relevant to Defendant's criminal history, and the defense has requested additional time to meet and confer with the defendant. Both parties require additional time to effectively prepare the case for further disposition. Therefore, the parties stipulate and request that the Court continue to exclude time between April 4, 2008 and May 23, 2008 under the Speedy Trial Act for effective preparation of counsel and continuity of government counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO MAY 23, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ

Case 4:07-cr-00753-DLJ    Document 14    Filed 04/07/2008    Page 2 of 4

1  parties agree the ends of justice served by granting the continuance outweigh the best interests of
2  the public and the defendant in a speedy trial.
3
4  DATED: March 31, 2008
5
6  
7  WADE M. RHYNE                              /s/
   Assistant United States Attorney           REBECCA SILBERT
8  Counsel for United States                  Counsel for Louie Rodriguez

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO MAY 23, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                            OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,    )    No. CR-07-0753 DLJ
   |                              )
12 |     Plaintiff,                )   [PROPOSED] ORDER TO CONTINUE
   |                              )    HEARING DATE TO May 23, 2008 AND
13 | v.                           )    TO EXCLUDE TIME UNDER THE
   |                              )    SPEEDY TRIAL ACT
14 | LOUIE RODRIGUEZ,             )
   |                              )    Date:     April 4, 2008
15 |     Defendant.                )   Time:     9:00 a.m.
   |                              )    Court:    Hon. D. Lowell Jensen
16 |                              )
17 |_____)

18

19    The parties jointly requested that the hearing in this matter be continued from April 4,
20 2008 to May 23, 2008, and that time be excluded under the Speedy Trial Act between April 4,
21 2008 and May 23, 2008 to allow for the effective preparation of counsel and continuity of
22 government counsel for the reasons set forth in the parties' stipulated request.  For these stated
23 reasons, the Court finds that the ends of justice served by granting the continuance outweigh the
24 best interests of the public and the defendant in a speedy trial.  Good cause appearing therefor,
25 and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),
26    **IT IS HEREBY ORDERED** that this matter is set for status or change of plea on May
27 23, 2008 at 9:00 a.m., and that time between April 4, 2008 and May 23, 2008 will continue to be
28

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO MAY 23, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ

1  excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
2  account the exercise of due diligence.
3
4  DATED:_____                    _____
                                              HON. D. LOWELL JENSEN
5                                             United States District Judge

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO MAY 23, 2008 AND TO
EXCLUDE TIME
No. CR-07-0753 DLJ