UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIE RODRIGUEZ,<br><br>    Defendant. | No. CR-07-0753 DLJ<br><br>ORDER TO CONTINUE HEARING DATE TO May 23, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:      April 4, 2008<br>Time:     9:00 a.m.<br>Court:    Hon. D. Lowell Jensen |

The parties jointly requested that the hearing in this matter be continued from April 4, 2008 to May 23, 2008, and that time be excluded under the Speedy Trial Act between April 4, 2008 and May 23, 2008 to allow for the effective preparation of counsel and continuity of government counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for status or change of plea on May 23, 2008 at 9:00 a.m., and that time between April 4, 2008 and May 23, 2008 will continue to be

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO MAY 23, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ

1. excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
2. account the exercise of due diligence.
3.
4. DATED: April 8, 2008
5. 
_____
HON. D. LOWELL JENSEN
United States District Judge

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO MAY 23, 2008 AND TO EXCLUDE TIME
No. CR-07-0753 DLJ