**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

May 27, 2008

Ivy Garcia
Court Clerk to the Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re: <u>United States v. Louie Rodriguez</u>
CR-07-0753 MJJ

Dear Ms. Garcia:

On Friday, May 23, 2008, Judge Jensen granted Mr. Rodriguez's request for a new attorney. Can you please put this matter on Judge Brazil's calendar for Thursday May 29 at 10:00 a.m. for identification of counsel?

I will be out of the office on May 28, 29 and 30, but I will be checking voice mail. If there are any problems, please contact Joyce Leavitt, or leave me a voice mail. Thank you very much.

Regards,

BARRY J. PORTMAN
Federal Public Defender

/S/
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender

cc: Wade Rhyne, AUSA
Ruben Deang, panel administrator