**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                           **No.** CR-07-00753-DLJ

**Defendant:** Louie Rodriguez [present; in custody]

**Appearances for AUSA:**  Wade Rhyne

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:** <u>not needed</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |
| Change of Plea | -Not Held |

**Notes:**  New Counsel to be appointed for the defendant. AFPD Silbert to contact Ivy/WDB to put on WDB calendar.

**Case Continued to**    6/20/08 at 9:00AM        for  STATUS

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**       Opposition Due:
**Case Continued to**                    for Pretrial Conference

**Case Continued to**          for             Trial

**Excludable Delay: Category: Begins:**  5/23/08         **Ends:** 6/20/08