| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99) | | | | |
|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>CAN | 2. PERSON REPRESENTED<br>RODRIGUEZ, LOUIE | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CR-07-00753-DLJ | 5. APPEALS. DKT./DEF. NUMBER | | 6. OTHER DKT NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>UNITED STATES v.<br>RODRIGUEZ | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Other...<br>☐ Misdemeanor<br>☐ Appeal<br>☐ Petty Offense | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant  ☐ Other...<br>☐ Juvenile Defendant<br>☐ Appellant<br>☐ Appellee | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
18:922(G)(1)

| 12. ATTORNEY'S NAME (First Name. M. I.., Last Name, including any suffix),<br>AND MAILING ADDRESS<br><br>MARK GOLDROSEN<br>255 KANSAS ST., STE. 340<br>SAN FRANCISCO, CA 94103<br><br>Telephone Number  415-565-9600 | 13. COURT ORDER<br>☐ O Appointing Counsel          ☐ C Co-counsel<br>☒ F Subs For Federal Defender    ☐ R Sub for Retained Atty.<br>☐ P Subs for Panel Attorney     ☐ Y Standby Counsel<br>Prior Attorney's Name: Silbert, Rebecca<br>Appointment Date: _____<br>☐ Because the above-named person represented has testified under oath or has<br>otherwise satisfied this court that he or she (1) is financially unable to employ<br>counsel and (2) does not wish to waive counsel, and because the interest of justice so<br>require, the attorney whose name appears in Item 12 is appointed to represent this<br>person in this case, OR<br>☐ Other (See Instructions) |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per<br>instructions.<br><br>FILED<br>JUN 18 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA | Mag. Judge Brazil  [signature]<br>6-13-08                                    5/27/2008  WDB<br>Date Of Order                             Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service<br>at time of appointment.      ☐ YES  ☐ NO |

|  | CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|---|
|  | CATEGORIES (attached itemization of services with dates) | HOURS<br>CLAIMED | TOTAL<br>AMOUNT<br>CLAIMED | MATH/TECH<br>ADJUSTED<br>HOURS | MATH/TECH<br>ADJUSTED<br>AMOUNT | ADDITIONAL<br>REVIEW |
| 15. In Court | a. Arraignment And/or Plea | | | | | |
|  | b. Bail And Detention Hearings | | | | | |
|  | c. Motion Hearings | | | | | |
|  | d. Trial | | | | | |
|  | e. Sentencing Hearings | | | | | |
|  | f. Revocation Hearings | | | | | |
|  | g. Appeals Court | | | | | |
|  | h. Other (Specify On Additional Sheets) | | | | | |
|  | (RATE PER HOUR =  ) TOTALS: | | | | | |
| 16. Out Of Court | a. Interview and conferences | | | | | |
|  | b. Obtaining and reviewing records | | | | | |
|  | c. Legal research and brief writing | | | | | |
|  | d. Travel time | | | | | |
|  | e. Investigative and other work (Specify on additional sheets) | | | | | |
|  | (RATE PER HOUR =  ) TOTALS: | | | | | |
| 17. | Travel Expenses (Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
|  | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: _____  TO: _____ | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS  ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this
representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature Of Attorney _____                                                                                   Date _____

| APPROVED FOR PAYMENT - COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28A. JUDGE/MAG CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment<br>approved in excess of the statutory threshold amount. | | | DATE | 34A. JUDGE CODE |