UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                    **No.** CR-07-00753-DLJ

**Defendant:** Louie Rodriguez [present; in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Mark Goldrosen

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**    7/25/08 AT 9:00AM    for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**                  for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category:  Begins:  6/20/08        Ends: 7/25/08**