UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:**  United States

**v.**                                                              **No.** CR-07-00753-DLJ

**Defendant:** Louie Rodriguez [present; in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Mark Goldrosen

**Interpreter:** <u>not needed</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**STATUS**                            -HELD
**Change of Plea- Not Held**

**Notes:**

**Case Continued to**   8/1/08 at 9:00AM   for  CHANGE OF PLEA

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                   for Pretrial Conference

**Case Continued to**        for           Trial

**Excludable Delay: Category: Begins:  7/25/08       Ends:8/1/08**