UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**

AUG 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number            CR-07-00753-01-DLJ
Defendant's Name       LOUIE RODRIGUEZ
Defendant's Counsel    Mark Goldrosen
Due Date               10/17/08 AT 10AM
                       1   Courtroom         Floor  4th

~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~

**The Court has directed that a:**

|        |                         |
|--------|-------------------------|
| XX     | Presentence Investigation |
|        | Bail Investigation      |
|        | Bail Supervision        |
|        | Postsentence Investigation |
|        | 4244                    |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation                    by: _Frances Stone_
                                          Frances Stone , Deputy Clerk

Dated: **8/1/08**

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____