9Am

Y/C
E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/1/08

Case No: CR -07-00753-DLJ          Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO           Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:

LOUIE RODRIGUEZ   Present? Y   In Custody? Y    MARK GOLDROSEN

US Attorney: WADE RHYNE

Interpreter:

US Probation Officer:

Reason for Hearing:
CHANGE OF PLEA

Ruling:
- HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED.

Notes:

Case continued to: 10/17/08 AT 10AM    for SENTENCING

Excludable Delay: Category:    Begins:    Ends:

CC: PROBATION